Tina BOND, Plaintiff-Appellant,

v.

EDENWALD-GERMAN GENERAL
AGED HOME OF BALTIMORE,
Defendant-Appellee.

No. 16-2308

United States Court of Appeals,
Fourth Circuit.

Submitted: March 14, 2017

Decided: March 16, 2017

Tina Bond, Appellant Pro Se. Yoora Pak, WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, McLean, Virginia, for Appellee.

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tina Bond appeals the district court's order granting Edenwald-German General Aged Home of Baltimore summary judgment on Bond's claims, which were brought pursuant to 42 U.S.C. § 1983 (2012) and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2016). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Bond v. Edenwald-German Gen. Aged Home of Baltimore, No. 1:15-cv-02513-JFM, 2016 WL 6069490 (D. Md. Oct. 14, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED